**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00091-HDM-VPC |
| | ) | 3:14-cv-00335-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VINCENT FASONE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In light of the Ninth Circuit's order denying defendant's request for a certificate of appealability (#63), defendant's motions for appointment of counsel (#62) and to proceed in forma pauperis on appeal (#60) are **DENIED AS MOOT.**

DATED: This 26th day of March, 2015.

_Howard D. McKibben_
_____
UNITED STATES DISTRICT JUDGE